Oda GARCIA, Plaintiff–Appellant

v.

CITY OF LAREDO, A home Rule City; Hector Gonzalez, Official Capacity; Oscar Perez, Official Capacity; Cynthia Collazo, Official Capacity; Monica Flores, Official Capacity; Raul Casso, Official Capacity, Defendants–Appellees.

No. 14–40994
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 17, 2015.

Murray Edward Malakoff, Laredo, TX, for Plaintiff–Appellant.

Doanh The Nguyen, City of Laredo, Laredo, TX, for Defendants–Appellles.

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM: *

This appeal is dismissed for want of jurisdiction there being no appealable judgment.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.